IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> FNU LNU (06) <br>     a.k.a "El Mono" <br><br> Defendant. | NO. 3:10-CR-073-K |

**GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT AS TO DEFENDANT FNU LNU, A.K.A. "EL MONO"**

Comes now the United States of America, by and through its undersigned attorneys, hereby moves to dismiss in the above-captioned case the indictment against defendant FNU LNU, a.k.a. "El Mono," without prejudice.

Respectfully submitted,

Kendall Day, Chief
Asset Forfeiture and
   Money Laundering Section


*/s/ Mark Irish*
Mark Irish
Senior Trial Counsel
Department of Justice
Asset Forfeiture and
   Money Laundering Section
1400 New York Avenue, Northwest
Washington, DC 20530
Tel: (202) 353-8891
Fax: (202) 514-5522
Email: mark.irish@crm.usdoj.gov

**CERTIFICATE OF SERVICE**

    I, Mark Irish, certify that the foregoing has been served on all attorneys of record in the above-captioned case, either via the CM/ECF electronic filing system or via email.

                                  By:   */s/ Mark Irish*
                                          Mark Irish
                                          Senior Trial Counsel
                                          Department of Justice
                                          Asset Forfeiture and
                                             Money Laundering Section
                                          1400 New York Avenue, Northwest
                                          Washington, DC 20530
                                          Tel: (202) 353-8891
                                          Fax: (202) 514-5522
                                          Email: mark.irish@crm.usdoj.gov

Dated: October 29, 2015